Nos. 9723, 9894. THE STATE OF MONTANA, PLAIN-
TIFF AND RESPONDENT, v. WILLIAM NICKS, DEFENDANT AND
APPELLANT.

332 Pac. (2d) 906.

Submitted June 6, 1958. Decided Nov. 26, 1958.

*Hansen, Culver & Jones,* Baker, *Al Hansen,* argued orally,
for appellant.

*Forrest H. Anderson,* Atty. Gen., *Robert J. Emmons,* Asst.
Atty. Gen., *Gene Huntley,* County Atty., Baker, *Gene Huntley,*
County Atty., and *Robert J. Emmons,* Asst. Atty. Gen., argued
orally, for respondent.

MR. JUSTICE ANGSTMAN:

Defendant was convicted of the crime of committing lewd and
lascivious acts upon a minor child. His motion for new trial
was denied after this court ruled that a motion for new trial
could be filed and heard under recanting testimony developed
after the trial. State v. Nicks, 131 Mont. 567, 312 Pac. (2d)
519. He has appealed from the order denying the motion.

Since this court has remanded the cause for retrial upon
other grounds in an opinion this day filed, 332 Pac. (2d) 904,
the propriety of the ruling on the motion for new trial because
of the recanting testimony becomes immaterial and this ap-
peal is accordingly dismissed.

MR. JUSTICES ADAIR and BOTTOMLY, concur.

MR. CHIEF JUSTICE HARRISON, did not participate in this opinion.

MR. JUSTICE CASTLES, dissents.